# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

MARK J. HOWARTH,

    Plaintiff,

v.                                      CASE NO. 5:12cv126-MP-EMT

KENNETH S. TUCKER, et al.,

    Defendants.

_____/

## O R D E R

    This matter is before the court on plaintiff's Petition for an Extension of Response Time. (Doc. 6). Upon consideration, the motion is GRANTED, and plaintiff shall have until June 14, 2012, to respond to the Report and Recommendation.

    **DONE and ORDERED** this 30th day of May, 2012.


                                              *s/ M. Casey Rodgers*
                                              **M. CASEY RODGERS**
                                              **CHIEF UNITED STATES DISTRICT JUDGE**