IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MARK J HOWARTH,

    Plaintiff,

v.                                     CASE NO. 5:12-cv-00126-MP-EMT

J ALVAREZ, CULPEPPER, KENNETH S TUCKER,

    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated May 10, 2012. (Doc. 5). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The plaintiff filed objections, Doc. 8, and the Court has made a de novo determination of those portions of the Report and Recommendation to which objection was made. 28 U.S.C. § 636(b)(1)(C). Upon consideration, the Court concludes the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Pursuant to 28 U.S.C. § 1915(g), this cause is DISMISSED WITHOUT PREJUDICE to Plaintiff initiating a new cause of action accompanied by payment of the $350.00 filing fee in its entirety. All pending motions are DENIED.

**DONE AND ORDERED** this 22nd day of October, 2012

                                            *s/Maurice M. Paul*
                                            Maurice M. Paul, Senior District Judge