# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

MARK J HOWARTH,

    Plaintiff,

v.                                           CASE NO. 5:12-cv-00126-MP-EMT

J ALVAREZ, CULPEPPER, KENNETH S TUCKER,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 19, Plaintiff's motion to file a belated appeal. Under Fed. R. App. P. 4(a)(6), a district court "may reopen the time to file an appeal for a period of 14 days after the date when its order to reopen is entered, but only if all the following conditions are satisfied":

> (A) the court finds that the moving party did not receive notice under Federal Rule of Civil Procedure 77(d) of the entry of the judgment or order sought to be appealed within 21 days after entry;

> (B) the motion is filed within 180 days after the judgment or order is entered or within 14 days after the moving party receives notice under Federal Rule of Civil Procedure 77(d) of the entry, whichever is earlier; and

> (C) the court finds that no party would be prejudiced.

Here, Doc. 15 indicates that the order adopting the Report and Recommendation was not delivered to plaintiff because, as he explains in Doc. 19, he was being moved between jails. Thus, he did not get notice of the order and judgment. Second, his motion was filed within 180

days of the judgment and order. Third, the defendants will not be prejudiced by allowing this appeal. Accordingly, the time for filing an appeal is reopened, and plaintiff must file any appeal by Thursday, June 20, 2013.

    **DONE AND ORDERED** this _7th_ day of June, 2013

                              _s/Maurice M. Paul_
                              Maurice M. Paul, Senior District Judge